# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00359-CV

**Appellants, Family Emergency Rooms, LLC; H and K Higgins Family Limited Partnership; FH Systems, LLC; Henry Higgins; and Georgetown Emergency Physicians, PLLC// Cross-Appellants, Joshua McConkey; John Valentini; Ryan Prudoff; J&E McConkey Family Limited Partnership, derivatively on behalf of Georgetown Family Emergency Center, LLC; RSPTRI Master, LLC; and Georgetown JJV, LLC**

**v.**

**Appellees, J & E McConkey Family Limited Partnership, Derivatively on behalf of Georgetown Family Emergency Center, LLC; Joshua McConkey; Ryan Prudoff; John Valentini; Georgetown JJV, LLC; and RSPTRI Master, LLC// Cross-Appellees, Family Emergency Rooms, LLC; H and K Higgins Family Limited Partnership; FH Systems, LLC; and Georgetown Emergency Physicians, PLLC**

---

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY, NO. 20-0448-C395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellants Family Emergency Rooms, LLC; H and K Higgins Family Limited Partnership; FH Systems, LLC; Dr. Henry Higgins; and Georgetown Emergency Physicians, PLLC (FER Parties) have filed a motion to voluntarily dismiss their appeal. They represent that their appeal is severable from and without prejudice to the pending cross appeal. *See* Tex. R. App. P. 42.1(a)–(b). We grant the motion and dismiss FER Parties' appeal.

We direct the Clerk of this Court to re-style the case:

J&E McConkey Family Limited Partnership, derivatively on behalf of Georgetown Family Emergency Center, LLC; Dr. Joshua McConkey, individually; Dr. John Valentini, individually; Dr. Ryan Prudoff, individually; RSPTRI Master, LLC; and Georgetown JJV, LLC, Appellants

v.

Family Emergency Rooms, LLC; H and K Higgins Family Limited Partnership; FH Systems, LLC; and Georgetown Emergency Physicians, PLLC, Appellees

It is ordered on October 28, 2020.

Before Justices Goodwin, Triana, and Smith